# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY BRIGHT, | |
| Plaintiff(s), | Case No. 2:13-cv-00187-LDG-NJK |
| vs. | RECUSAL ORDER |
| ACCELERATED PAYMENT TECHNOLOGIES, INC., et al., | |
| Defendant(s). | |

This matter was assigned to the undersigned Magistrate Judge on February 5, 2013. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: March 15, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge